

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DESMOND JERMAINE WHISONANT,      )
                                 )
          Petitioner,            )
                                 )
     v.                          )     1:20-cr-279-1
                                 )     1:23-cv-615
UNITED STATES OF AMERICA,        )
                                 )
          Respondent.            )

## ORDER

On August 2, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 50, 51.) No objections were filed within the time limits prescribed by Section 636.[1]

Therefore, the court need not make a _de novo_ review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 50), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms.

---

[1] On August 17, 2023, Petitioner filed a corrected motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, which is now proceeding as _Whisonant v. United States_, 1:20-cr-279-1; 1:23-cv-700. (See Doc. 52.)

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 28th day of August, 2023.

_William L. Osteen, Jr._
United States District Judge